1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 DARRYL CLARK,                                    )
                                                   )
10          Petitioner,                            )        3:13-cv-00369-LRH-VPC
                                                   )
11 vs.                                             )        **ORDER**
                                                   )
12 ROBERT LEGRAND, *et al.*,                       )
                                                   )
13          Respondents.                           )
   _____ /

14

15        This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,

16 by a Nevada state prisoner.

17        Petitioner's application to proceed *in forma pauperis* establishes that the petitioner qualifies

18 for *in forma pauperis* status.  He shall be granted leave to proceed *in forma pauperis,* and shall not

19 be required to pay the filing fee for his habeas corpus petition.  The petition will be ordered filed and

20 docketed.

21        Petitioner challenges a 1987 criminal conviction in the Eighth Judicial District Court, in

22 Clark County, Nevada.  The Court will not order the petition served on respondents, because it

23 appears likely that the petition was filed outside the AEDPA one-year limitations period, and may be

24 subject to dismissal on that basis.  28 U.S.C. § 2244(d)(1).  The Antiterrorism and Effective Death

25 Penalty Act (AEDPA) imposes a one-year statute of limitations on the filing of federal habeas corpus

26 petitions.  Specifically, and in pertinent part, the statute reads:

27             (d)(1) A 1-year period of limitation shall apply to an application for
              a writ of habeas corpus by a person in custody pursuant to the

1  judgment of a State court.  The limitation period shall run from the
2  latest of–

3  (A) the date on which the judgment became
   final by the conclusion of direct review or the
   expiration of the time for seeking such review;

4

5  (B) the date on which the impediment to filing
   an application created by State action in
   violation of the Constitution or laws of the
6  United States is removed, if the applicant was
   prevented from filing by such State action;

7

8  (C) the date on which the constitutional right
   asserted was initially recognized by the
   Supreme Court, if the right has been newly
9  recognized by the Supreme Court and made
   retroactively applicable to cases on collateral
10  review; or

11  (D) the date on which the factual predicate of
   the claim or claims presented could have been
12  discovered through the exercise of due
   diligence.

13

14  28 U.S.C. § 2244(d)(1).

15  The AEDPA statute of limitations has serious implications for petitioner.  According to the

16  petition, petitioner was convicted on September 30, 1987.  Petitioner signed his federal habeas

17  petition and dispatched it for mailing on July 5, 2013.  It appears likely that the petition was filed

18  well outside the AEDPA one-year limitations period.  Petitioner will be granted an opportunity to

19  demonstrate either that he submitted his federal habeas corpus petition in a timely manner, or that he

20  is entitled to equitable tolling of the one-year limitations period imposed by the AEDPA, as specified

21  at the conclusion of this order.

22  **IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis*

23  (ECF No. 1) is **GRANTED**.  Petitioner shall not be required to pay a filing fee to file his habeas

24  corpus petition.  The habeas corpus petition shall be **FILED** and docketed by the Clerk of Court.

25  **IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of entry of this

26  order, petitioner **SHALL FILE** points and authorities, together with such evidence he may have, that

27  demonstrates either that he submitted his federal habeas corpus petition in a timely manner, or that

1   he is entitled to equitable tolling of the one-year limitations period imposed by the AEDPA.

2   Petitioner's failure to comply with this order will result in the dismissal of this action.

3          **IT IS FURTHER ORDERED** that the Clerk shall **NOT** serve respondents with the habeas

4   corpus petition at this time.

5          DATED this 26th day of September, 2013.

6

7                                                              _____
                                                               LARRY R. HICKS
8                                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27